# United States District Court

Eastern District of Wisconsin

**AVERY DALLAPIAZZA**
        Plaintiff,

v.

**MATTHEW FRANK,**
**Secretary, Department of Corrections**,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER**: 04-CV-58

[X]    **Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED**

that the petition for a writ of habeas corpus is **denied** and this case is hereby DISMISSED.

        EASTERN DISTRICT OF WISCONSIN
        Clerk of Court

December 29, 2006        s/C. Quinn
Date        (By) Deputy Clerk

        Approved this 29th day of December, 2006.

        s/AARON E. GOODSTEIN
        United States Magistrate Judge